Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

### MEMORANDUM **

This is an appeal from a dismissal by the Bankruptcy Appellate Panel ("BAP") for failure to prosecute. The BAP granted appellant three extensions of time to file the opening brief; nevertheless appellant failed to file his opening brief.

We review the dismissal of a bankruptcy appeal for failure to prosecute for an abuse of discretion. *See In re Hill,* 775 F.2d 1385, 1386 (9th Cir.1985).

A review of the record and the response to the court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument because the BAP did not abuse its discretion in dismissing this appeal. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

Accordingly, we summarily affirm the Bankruptcy Panel's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**H. ISABELLE MCGARRY TRUST, OF MARCH 19, 1971, Plaintiff—Appellant,**

v.

**State of HAWAII; et al., Defendants—Appellees.**

**No. 08–15397.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2008.*

Filed Aug. 18, 2008.

H. Isabelle McGarry Trust, c/o Howard Hofelich, Kailua–Kona, HI, for Plaintiff-Appellant.

Christine E. Savage, Office of the Hawaii Attorney General, Sherry P. Broder, Harry Yee, Honolulu, HI, Steve Whittaker, David B. Kaapu, Dennis Krueger, Kailua–Kona, HI, for Defendants–Appellees.

David Lacy, Kiailua–Kona, HI, pro se.

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

The order to show cause issued on April 23, 2008 is discharged. The Clerk shall file the opening brief received on April 22, 2008.

A review of the record and appellant's opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.